UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                                        :

VIOLET FRYER,
                                                                        :

               Plaintiff,                            09 Civ. 9514 (WHP)
                                                                        :

        -against-                             ORDER
                                                                        :

OMNICOM MEDIA GROUP, et al.,
                                                                         :

               Defendants.
                                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #:_____ / DATE FILED: 5/20/11]

WILLIAM H. PAULEY III, District Judge:

        For the reasons set forth on the record on May 20, 2011, Defendants' motion for sanctions is granted.  The Clerk of the Court is directed to terminate the motion pending at Docket No. 34.

Dated:  May 20, 2011
           New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                            U.S.D.J.

*Counsel of Record:*

Scott B. Gilly, Esq.
Gregory N. Filosa, Esq.
Thompson Wigdor and Gilly
85 Fifth Avenue
New York, NY 10003
*Counsel for Plaintiff*

Guy R. Cohen, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
*Counsel for the Defendants*